# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2025

## NO. 03-22-00708-CV

**Melanie Mock, Appellant**

**v.**

**St. David's Healthcare Partnership, LP, LLP, a Texas Limited Liability Partnership, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND ELLIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on October 6, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms the trial court's summary judgment on Mock's breach-of-contract claim and reverses the summary judgment on Mock's DTPA and related UDJA claims. The portion of the judgment granting summary judgment on Mock's DTPA and related UDJA claims is reversed and remanded to the trial court for further proceedings consistent with this opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.